### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| STEINER SHIPYARD, INC. § § Plaintiff, § § v. § § M/V THE REVIVAL, *in rem*, her engines, § tackle, apparel, et al., § § v. § § SPEAR POINT SHIPPING, LTD., § and EDRAL ADAMS, *in personam*, § § Defendants § | CASE NO. 19-CV-506 Admiralty Rule 9(h) |

## **COMPLAINT**

Steiner Shipyard, Inc. ("Steiner") sometimes referred to as "Plaintiff", by its attorneys, Hand Arendall Harrison Sale LLC, complaining of the vessel M/V THE REVIVIAL, *in rem,* Spear Point Shipping, Ltd., and Edral Adams (collectively "Defendants"), alleges upon information and belief.

I.

This is an admiralty or maritime claim within the meaning of 28 U.S.C. § 1333 and Rule 9(h) of the Federal Rules of Civil Procedure.

II.

On information and belief, defendant Spear Point Shipping Ltd. was a business entity organized and existing under the laws of a State other than the State of Alabama and/or a d/b/a through which defendant Edral Adams did business within the State of Alabama and this district

and/or Edral Adams acted in his individual capacity within this district and were and are the owners and/or managers of the M/V THE REVIVAL.

III.

At all times hereinafter mentioned, the M/V THE REVIVAL, was an ocean-going vessel which is now and will be during the pendency of this suit within the navigable waters of this district and within the jurisdiction of this Honorable Court.

IV.

Plaintiff alleges that it has a maritime lien against the said M/V THE REVIVAL for the sums due it for necessary services supplied to the vessel and therefor files this complaint to enforce its lien.

V.

Pursuant to an agreement with Defendants, Plaintiff supplied dockage, repairs, supplies and other necessaries to the defendant vessel in the Port of Bayou La Batre, Alabama in an amount presently estimated to be in excess of one hundred thousand dollars ($100,000.00).

VI.

Although demand has been duly made, Defendants have failed and refuse to pay the aforesaid claims and the whole amount thereof, together with interest thereon from the date the services were rendered and the products were supplied and are due and owing to complainant.

VII.

All and singular, the premises are true and correct and within the admiralty and maritime jurisdiction of the United States and this Honorable Court.

WHEREFORE, complainant prays:

1. That process and due form of law according to the rules and practices of this Court,

in causes of admiralty and maritime jurisdiction may issue against the M/V THE REVIVAL, and that all persons having or claiming an interest therein may be cited to appear and answer, the matters aforesaid; and

    2.    That this Honorable Court may be pleased to enter in rem judgment in Plaintiff's favor in the amount of One Hundred Thousand Dollars ($100,000.00) together with interest and costs, and fees against the M/V THE REVIVAL, its tackle and appurtenances, etc., be condemned and sold to satisfy the said decree; and

    3.    That the court enter judgment in personam against Defendants Spear Point Shipping Ltd. and Edral Adams in the amount of its claim as aforesaid, plus interest, costs and fees.

    4.    That Plaintiff have such other and further relief as law and justice require under the circumstances.

> *s/ Blane H. Crutchfield*
> BLANE H. CRUTCHFIELD (CRUTB4243)
> *Attorney for Plaintiff*
> *Steiner Shipyard, Inc.*

OF COUNSEL:

HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama  36601
Telephone:  (251) 432-5511
Facsimile:  (251) 694-6375
E-mail: bcrutchfield@handfirm.com


PLEASE SEIZE THE M/V THE REVIVAL
PRESENTLY LOCATED AT: 8585 E. Davenport Street, Bayou La Batre, Alabama 36509

## VERIFICATION

STATE OF ALABAMA §
§
COUNTY OF MOBILE §

BEFORE ME, the undersigned authority, came and appeared:

**Blane H. Crutchfield**

who, after being sworn did depose and say:

1. That he is a member of the firm Hand Arendall Harrison Sale LLC, attorneys for the plaintiff herein.

2. That he has read the foregoing complaint and knows the contents thereof, and that the same are true and correct to the best of his knowledge, information and belief;

3. That the sources of his beliefs are official information given to him and documents furnished to him by the plaintiff.

_____
BLANE H. CRUTCHFIELD

SUBSCRIBED AND SWORN TO BEFORE ME THIS 8TH DAY OF AUGUST, 2019.

_____
NOTARY PUBLIC, in and for
The State of Alabama
My Commission Expires: 7-11-2021

3689055_1.docx