# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STEINER SHIPYARD, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:19-cv-506-TFM-N |
| ) | Admiralty Rule 9(h) |
| M/V THE REVIVAL, *in rem,* her engines, ) | |
| tackle, apparel, *et al.*, ) | |
| ) | |
| v. ) | |
| ) | |
| SPEAR POINT SHIPPING, LTD., ) | |
| and EDRAL ADAMS, *in personam*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with S.D. Ala. CivLR 104(m)(5), the United States Marshal filed a written report of the sale of the M/V THE REVIVAL, her engines, hull, tackle, equipment, and all other necessary appurtenances. *See* Doc. 32. The judicial sale took place on on March 18, 2020, pursuant to the Court's February 19, 2020 Order (Doc. 29) and went to Russell R. Steiner for the sum of TEN THOUSAND AND NO/100THS DOLLARS ($10,000.00), which was the only and highest bid offered at said sale. No objections to the sale have been filed within the time permitted by S.D. Ala. CivLR 104(m)(6). Accordingly, pursuant to S.D. Ala. CivLR 104(m)(7), it is **ORDERED** that the sale is **CONFIRMED** and the title shall transfer to the purchaser following the entry of this order.

The United States Marshal is **ORDERED** to issue a Bill of Sale free and clear from all encumbrances, along with all other appropriate documentation to effect a proper legal conveyance to Russell R. Steiner the M/V THE REVIVAL, her engines, hull, tackle, equipment, and all other

necessaries thereunto appertaining and belonging.  It is **FURTHER ORDERED** that the M/V THE REVIVAL is released from seizure.

      **DONE** and **ORDERED** this 27th day of March 2020.

                                      /s/ Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES DISTRICT JUDGE