## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **STEINER SHIPYARD, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 1:19-cv-506-TFM-N |
| ) | Admiralty Rule 9(h) |
| **M/V THE REVIVAL,** *in rem,* **her** ) | |
| **enginges, tackle, apparel,** *et al.*, ) | |
| ) | |
| v. ) | |
| ) | |
| **SPEAR POINT SHIPPING, LTD.,** ) | |
| **and EDRAL ADAMS,** *in personam*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The plaintiff in this case, Steiner Shipyard, Inc. ("Plaintiff"), filed a Notice of Dismissal Without Prejudice (Doc. 37, filed 8/14/20) indicating that Plaintiff voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared."  FED. R. CIV. P. 41(a)(1)(A).

None of the defendants in this case have filed an answer or a motion for summary judgment, nor have they appeared in any respect.  Consequently, by operation of Fed. R. Civ. P. 41(a)(1)(A)(i), this action has been dismissed in accordance with Plaintiff's notice.  Therefore, the claims in this case are dismissed without prejudice, with each party to bear their own costs and fees.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 17th day of August 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE